UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HERMAN LAW, )
)
Plaintiff, )
v. ) Case No. CV414-234
)
INTERNATIONAL PAPER COMPANY, )
)
Defendant. )

## ORDER

The Court having reviewed and considered the petition of Eugenia McGown, of the International Paper Company, 6400 Poplar Avenue, Memphis, Tennessee 38197, for permission to appear pro hac vice on behalf of defendant International Paper Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Eugenia McGown as counsel of record for defendant International Paper Company, in this case.

**SO ORDERED** this __29th__ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA